# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

146769

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LEE GULLEY, Personal Representative of the
Estate of Jeremiah Gulley,
         Plaintiff-Appellant,

v

ROBERT SMITH and JOHN SCHMIDT,
         Defendants-Appellees.

SC: 146769
COA: 304291
Kalamazoo CC: 2010-000431-NO

_____/

      On order of the Court, the application for leave to appeal the November 27, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

t0520